**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6428**

THOMAS WATERS,

                Plaintiff - Appellant,

      v.

L. JACKSON, Officer; J. BRUNSON, Captain; OFFICER KELLY;
OFFICER REED,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  G. Ross Anderson, Jr., Senior
District Judge. (4:08-cv-02898-GRA)

Submitted:  February 28, 2011      Decided:  March 7, 2011

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Waters, Appellant Pro Se. Bradford Cary Andrews, Samuel
F. Arthur, III, AIKEN, BRIDGES, NUNN, ELLIOTT & TYLER, PA,
Florence, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Waters appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Waters v. Jackson</u>, No. 4:08-cv-02898-GRA (D.S.C. Feb. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2